| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: **Western District of Texas** |
| Case number *(If known)*: _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | **Debtor's name** | **Whitestone Brewery, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | **dba Whitestone Brewery** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2383468** |
| 4. | **Debtor's address** | **Principal place of business** <br> **601 E. Whitestone Blvd Suite 500** <br> Number   Street <br><br> **Cedar Park**     **TX**   **78613** <br> City        State  Zip Code <br><br> **WILLIAMSON** <br> County | **Mailing address, if different from principal place of business** <br><br> Number   Street <br><br> City        State  Zip Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number   Street <br><br> City        State  Zip Code |
| 5. | **Debtor's website (URL)** | http://www.whitestonebrewery.com |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1 of 5
Copyright © Financial Software Solutions, LLC                                                BlueStylus

Debtor **Whitestone Brewery, LLC**     Case number *(if known)* _____
      Name

**6. Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business:**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**3121**

Debtor  **Whitestone Brewery, LLC**     Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check **all** that apply:*<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ■ No<br>☐ Yes. District _____ When __/__/____ Case number _____<br>      District _____ When __/__/____ Case number _____ |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ■ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When __/__/____<br>      Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | Check all that apply:<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Whitestone Brewery, LLC**     Case number *(if known)* _____
      Name

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Brewery Tap Room/Facility with work in progress and finished goods.**

Where is the property?    **601 E. Whitestone Blvd, Suite 500**
      Number      Street

      **Cedar Park**     **TX**     **78613**
      City      State     ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency    **BSBD Insurance**

         Contact name     **AI 0063**

         Phone     **(972) 767-2811**

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ■ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Whitestone Brewery, LLC**
Name

Case number *(if known)* _____

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ■ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/05/2023**
MM / DD / YYYY

✗ **/s/ Ryan Anglen**        **Ryan Anglen**
Signature of authorized representative of debtor        Printed name

Title **Owner**

**18. Signature of attorney**

✗ **/s/ Charlie Shelton**        Date **05/05/2023**
Signature of attorney for debtor        MM / DD / YYYY

**Charlie Shelton**
Printed name

**Hayward PLLC**
Firm name

**7600 Burnet Road, Suite 530**
Number      Street

**Austin**        **TX**        **78757**
City        State        ZIP Code

**(737) 881-7100**        **cshelton@haywardfirm.com**
Contact Phone        Email address

**24079317**        **Texas**
Bar number        State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5 of 5
Copyright © Financial Software Solutions, LLC        BlueStylus

**Fill in this information to identify your case:**

Debtor Name: **Whitestone Brewery, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cedar Park Railyard Inc. c/o David Johnson 601 E. Whitestone Blvd., Suite 246 Cedar Park, TX 78613 | | | | | | $111,622.26 |
| 2 | David Starnes 710 Brookside Pass Cedar Park, TX 78613-4228 | | Personal Loan to Whitestone Brewery, LLC | | | | $80,000.00 |
| 3 | LOP Restoration c/o Paul Davidson P.O. Box 47 Liberty Hill, TX 78642 | | | | | | $79,172.66 |
| 4 | Crosby Hops Pacific Northwest Headquarters 18564n Arbor Grove Rd NE Woodburn, OR 97071 | | | | | | $40,254.68 |
| 5 | Scott Herbowy 2519 S Lakeline Blvd., Suite 100 Cedar Park, TX 78613 | | Private loan for construction expenses in Liberty Hill expansion. | | | | $37,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1 of 3

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor **WHITESTONE BREWERY, LLC**  
Name

Case number *(if known)* _____

| # | Creditor | | Basis | | | Amount |
|---|---|---|---|---|---|---|
| 6 | Saxco International<br>5260 Anna Ave<br>San Diego, CA 92110 | | | | | $29,641.14 |
| 7 | Chad Viggers<br>2344 Broken Wagon Drive<br>Leander, TX 78641 | | Private loan for Working Capital | | | $20,771.00 |
| 8 | Texas Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy Section<br>P.O. Box 13528 Capitol Station<br>Austin, TX 78711 | | Sales Tax Owed | | | $19,383.73 |
| 9 | Trey Elling<br>1502 Merganser Ln<br>Cedar Park, TX 78613 | | Private loan used for Liberty Hill construction | | | $15,000.00 |
| 10 | Modular AV<br>3550 N. Lakeline Blvd., Ste. 170-1212<br>Leander, TX 78641 | | | | | $14,544.68 |
| 11 | Bluestem Integrated<br>5301 S 125th E Ave<br>Tulsa, OK 74146 | | | | | $12,053.27 |
| 12 | Dalton Steam & Controls<br>19141 Stone Oak Parkway 104-4<br>San Antonio, TX 78258 | | | | | $7,663.36 |
| 13 | Hopsteiner<br>1 West Washington Avenue<br>Yakima, WA 98903 | | | | | $5,190.11 |
| 14 | Cap City Rentals<br>2031 County Road 105<br>Hutto, TX 78634 | | | | | $4,675.00 |
| 15 | Texas Brand Ambassadors<br>121 Snapper<br>Austin, TX 78734 | | | | | $2,195.05 |

Debtor **Whitestone Brewery, LLC**  Case number *(if known)* _____
       Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | **BMI (Broadcast Music Inc.)**<br>**c/o Corporation Service**<br>**Company CSC - Lawyers**<br>**Incorporating Service**<br>**Company**<br>**211 E 7th Street, Suite 620**<br>**Austin, TX 78701-3218** | | | | | | **$2,000.00** |
| 17 | **ASCAP (American Society of**<br>**Composers, Authors, and**<br>**Publishers)**<br>**250 West 57th Street**<br>**New York, NY 10107** | | | | | | **$1,490.62** |

# United States Bankruptcy Court
## Western District of Texas

In re **Whitestone Brewery, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/05/2023

/s/ Ryan Anglen  
**Ryan Anglen**  
Signature of Debtor

15390 HWY 29, LLC
15390 HWY 29, Suite 201-203
Liberty Hill, TX 78642

Amsterdam Capital
135 East 57th Street,
Floor 7, Suite 110
New York, NY 10022

ASCAP (American Society of Composers, Authors, and Publishers)
250 West 57th Street
New York, NY 10107

Bluestem Integrated
5301 S 125th E Ave
Tulsa, OK 74146

Bluevine Financial
401 Warren Street
Redwood City, CA 94063

BMI (Broadcast Music Inc.)
c/o Corporation Service Company CSC - Lawyers Incorporating Service Company
211 E 7th Street, Suite 620
Austin, TX 78701-3218

C T Corporation System, as Representative
Attn: SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203

Cap City Rentals
2031 County Road 105
Hutto, TX 78634

Copyright © Financial Software Solutions, LLC

**Cedar Park Railyard Inc.**
**c/o David Johnson**
**601 E. Whitestone Blvd., Suite 246**
**Cedar Park, TX 78613**


**Cedar Park Railyard, Inc.**
**601 E. Whitestone Blvd.**
**Cedar Park, TX 76813**


**Chad Viggers**
**2344 Broken Wagon Drive**
**Leander, TX 78641**


**Colleen Militello**
**1913 Leaders Ln**
**Leander, TX 78641**


**Container Logic SRP LLC**
**950 Dorman St**
**Indianapolis, IN 46202**


**Crosby Hops**
**Pacific Northwest Headquarters**
**18564n Arbor Grove Rd NE**
**Woodburn, OR 97071**


**Dalton Steam & Controls**
**19141 Stone Oak Parkway 104-4**
**San Antonio, TX 78258**


**Danielle Anglen**
**2508 Thunder Horse**
**Leander, TX 78641**

Copyright © Financial Software Solutions, LLC

**David Militello**
**1913 Leaders Ln**
**Leander, TX 78641**

**David Starnes**
**710 Brookside Pass**
**Cedar Park, TX 78613-4228**

**Delta Bridge/Cloudfund**
**1985 Henderson Road**
**Colombus, OH 43220**

**Fundworks**
**5990 Sepulveda Blvd., Suite 310**
**Van Nuys, CA 91411**

**Global Funding Experts**
**41-30 27th Street**
**Queens, NY 11101**

**Hopsteiner**
**1 West Washington Avenue**
**Yakima, WA 98903**

**Internal Revenue Service**
**Centralized Insolvency Office**
**P.O. Box**
**Philadelphia, PA 73301**

**Landlord, Inc.**
**1234 Main Street**
**Leander, TX 78645**

**LG Funding LLC**
**1218 Union St.**
**Brooklyn, NY 11225**

**LOP Restoration**
**1008 Loop 332**
**Liberty Hill, TX 78612**


**LOP Restoration**
**c/o Paul Davidson**
**P.O. Box 47**
**Liberty Hill, TX 78642**


**Mission Valley Bank**
**9116 Sunland Boulevard**
**Sun Valley, CA 91352**


**Modular AV**
**3550 N. Lakeline Blvd., Ste. 170-1212**
**Leander, TX 78641**


**Ryan Anglen**
**2508 Thunder Horse**
**Leander, TX 78641**


**Saxco International**
**5260 Anna Ave**
**San Diego, CA 92110**


**SBA EIDL**
**U.S. Small Business Administration**
**P.O. Box 3918**
**Portland, OR 97208**


**Scott Herbowy**
**2519 S Lakeline Blvd., Suite 100**
**Cedar Park, TX 78613**

**Creditor Matrix**  page 5 of 7

Texas Alcoholic Beverage Commission
Licenses and Permits Division
P.O. Box 13127
Austin, TX 78711


Texas Brand Ambassadors
121 Snapper
Austin, TX 78734


Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711


Texas Workforce Commission
TWC Building - Reg. Integrity Division
101 East 15th Street
Austin, TX 78778


Third Coast Bank SSB
1800 W Loop South, Suite 875
Houston, TX 77027


Toast Capital LLC
WebBank, c/o Toast Capital
401 Park Drive, Suite 801
Boston, MA 02215


Trey Elling
1502 Merganser Ln
Cedar Park, TX 78613


Wells Fargo Bank, N.A.
800 Walnut Street, F0005-044
Des Moines, IA 50309

Copyright © Financial Software Solutions, LLC

**Williamson County**
**c/o Julie Anne Parsons**
**McCreary, Veselka, Bragg & Allen, P.C.**
**P.O. Box 1269**
**Round Rock, TX 78680-1269**