Form **8879-PE**
Department of the Treasury
Internal Revenue Service

## E-file Authorization for Form 1065
(For return of partnership income or administrative adjustment request)

ERO must obtain and retain completed Form 8879-PE.
Go to *www.irs.gov/Form8879PE* for the latest information.

OMB No. 1545-0123

**2022**

For calendar year 2022, or tax year beginning , 2022, and ending , 20 .

**Name of partnership:** Whitestone Brewery LLC
**Employer identification number:** XX-XXX3468

### Part I  Form 1065 Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1,558,886 |
| 2 | Gross profit (Form 1065, line 3) | 1,061,394 |
| 3 | Ordinary business income (loss) (Form 1065, line 22) | -463,389 |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 0 |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 0 |

### Part II  Declaration and Signature Authorization of Partner or Member or Partnership Representative

I declare under penalties of perjury that:

1a. If the Form 1065 is being transmitted as part of a return of partnership income, I am a partner or member of the named partnership.
 b. If the Form 1065 is being transmitted as part of an administrative adjustment request (AAR), I am the partnership representative (PR) of the named partnership.
2. I have examined a copy of the partnership's electronic Form 1065 (whether used as return or AAR) and accompanying forms, schedules, and statements, and to the best of my knowledge and belief, it/they is/are true, correct, and complete.
3. I am fully authorized to sign the return or AAR on behalf of the partnership.
4. The amounts shown in Part I above are the amounts shown on the electronic copy of the partnership's Form 1065.
5. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to transmit the partnership's return or AAR to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return or AAR.
6. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income or AAR.

**Partner or Member or PR PIN: check one box only**

[X] I authorize **Nathan Owen LLC** to enter my PIN **XXXXX** as my signature
    ERO firm name                                         Don't enter all zeros
on the partnership's 2022 electronically filed return of partnership income or AAR.

[ ] As a Partner or Member or PR of the partnership, I will enter my PIN as my signature on the partnership's 2022 electronically filed return of partnership income or AAR.

Partner or Member or PR signature: _____
Title: Managing Member
Date: _____

### Part III  Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   XXXXXXXXXXX
    Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2022 electronically filed return of partnership income or AAR for the partnership indicated above. I confirm that I am submitting this return or AAR in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature: Nathan Owen                Date: 3/9/2023

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                    Form **8879-PE** (2022)
HTA

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year beginning _____, ending _____.
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| | | |
|---|---|---|
| **A** Principal business activity: Sales & Manufacturing | Name of partnership: **Whitestone Brewery LLC** | **D** Employer identification number: XX-XXX3468 |
| **B** Principal product or service: Beer | Number, street, and room or suite no.: 601 E Whitestone Blvd, STE 500 | **E** Date business started: 11/21/2014 |
| **C** Business code number: 722410 | City: Cedar Park  State: TX  ZIP: 78613 | **F** Total assets: $1,244,002 |

Type or Print

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify): _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: **11**

**J** Check if Schedules C and M-3 are attached ☐

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

## Income

| Line | Description | Amount |
|---|---|---:|
| 1a | Gross receipts or sales | 1,558,886 |
| 1b | Returns and allowances | |
| 1c | Balance. Subtract line 1b from line 1a | 1,558,886 |
| 2 | Cost of goods sold (attach Form 1125-A) | 497,492 |
| 3 | Gross profit. Subtract line 2 from line 1c | 1,061,394 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 7 | Other income (loss) (attach statement) | 134,867 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 1,196,261 |

## Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---:|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 622,986 |
| 10 | Guaranteed payments to partners | |
| 11 | Repairs and maintenance | 22,928 |
| 12 | Bad debts | |
| 13 | Rent | 191,516 |
| 14 | Taxes and licenses | 128,409 |
| 15 | Interest (see instructions) | 238,259 |
| 16a | Depreciation (if required, attach Form 4562) | 93,082 |
| 16b | Less depreciation reported on Form 1125-A and elsewhere on return | |
| 16c | | 93,082 |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | |
| 18 | Retirement plans, etc. | |
| 19 | Employee benefit programs | 13,557 |
| 20 | Other deductions (attach statement) | 348,913 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 1,659,650 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | -463,389 |

## Tax and Payment

| Line | Description | Amount |
|---|---|---:|
| 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | |
| 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | |
| 25 | BBA AAR imputed underpayment (see instructions) | |
| 26 | Other taxes (see instructions) | |
| 27 | **Total balance due.** Add lines 23 through 26 | 0 |
| 28 | Payment (see instructions) | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____ Date _____

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name: Nathan Owen | Preparer's signature: Nathan Owen |
| Date: 3/9/2023 | Check ☒ if self-employed |
| PTIN: XXXXXXXX | |
| Firm's name: Nathan Owen LLC | Firm's EIN: XX-XXX2868 |
| Firm's address: 4107 Reynosa Dr | Phone no.: (361) 443-7533 |
| City: Austin  State: TX  ZIP code: 78739 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2022)

HTA

Form 1065 (2022)  Whitestone Brewery LLC    XX-XXX3468    Page **2**

### Schedule B — Other Information

| | | Yes | No |
|---|---|:-:|:-:|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership | | |
| **b** | ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company | | |
| **d** | ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership | | |
| **f** | ☐ Other: | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|:-:|:-:|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|:-:|:-:|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2022, did the partnership have an interest in or a signature or other authority over financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

Form **1065** (2022)

Form 1065 (2022) Whitestone Brewery LLC XX-XXX3468 Page **3**

| | **Schedule B** | **Other Information** *(continued)* | **Yes** | **No** |
|---|---|---|---|---|
| 11 | | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . ☐ | | |
| 12 | | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 13 | | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 14 | | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. . . . . . 0 | | X |
| 15 | | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 | | |
| 16a | | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . . . . . | X | |
| b | | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 17 | | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 18 | | Enter the number of partners that are foreign governments under section 892. . . . . . . . 0 | | |
| 19 | | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . | | X |
| 20 | | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . | | X |
| 22 | | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . $ | | X |
| 23 | | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . | | X |
| a | | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the partnership has business interest expense. | | |
| c | | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . $ | | X |
| 26 | | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . . . . . . . . . Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 28 | | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage:             By vote: _____      By value: _____ | | X |
| 29 | | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 30 | | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "No," complete Designation of Partnership Representative below. | | X |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR | Ryan Anglen | | |
|---|---|---|---|
| U.S. address of PR | 2508 Thunder Horse<br>Leander             TX     78641 | U.S. phone number of PR | (805) 252-9528 |
| If the PR is an entity, name of the designated individual for the PR | | | |
| U.S. address of designated individual | | U.S. phone number of designated individual | |

Form **1065** (2022)

Form 1065 (2022) Whitestone Brewery LLC  XX-XXX3468  Page **4**

## Schedule K — Partners' Distributive Share Items

| | | Total amount |
|---|---|---:|
| **Income (Loss)** | | |
| 1 | Ordinary business income (loss) (page 1, line 22) | -463,389 |
| 2 | Net rental real estate income (loss) (attach Form 8825) | |
| 3a | Other gross rental income (loss) . . . 3a | |
| b | Expenses from other rental activities (attach statement) . . . 3b | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 0 |
| 4 | Guaranteed payments: a Services 4a 0  b Capital 4b 0 | |
| c | Total. Add lines 4a and 4b | |
| 5 | Interest income | |
| 6 | Dividends and dividend equivalents: a Ordinary dividends | |
| b | Qualified dividends 6b  c Dividend equivalents 6c | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| b | Collectibles (28%) gain (loss) 9b | |
| c | Unrecaptured section 1250 gain (attach statement) 9c | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | |
| 11 | Other income (loss) (see instructions) Type: | |
| **Deductions** | | |
| 12 | Section 179 deduction (attach Form 4562) | |
| 13a | Contributions | 5,035 |
| b | Investment interest expense | |
| c | Section 59(e)(2) expenditures: (1) Type: (2) Amount: | |
| d | Other deductions (see instructions) Type: | |
| **Self-Employment** | | |
| 14a | Net earnings (loss) from self-employment | -218,163 |
| b | Gross farming or fishing income | |
| c | Gross nonfarm income | 563,197 |
| **Credits** | | |
| 15a | Low-income housing credit (section 42(j)(5)) | |
| b | Low-income housing credit (other) | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | |
| d | Other rental real estate credits (see instructions) Type: | |
| e | Other rental credits (see instructions) Type: | |
| f | Other credits (see instructions) Type: Code N-Employer SS tax cred | 11,263 |
| **International** | | |
| 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | |
| **Alternative Minimum Tax (AMT) Items** | | |
| 17a | Post-1986 depreciation adjustment | -1,881 |
| b | Adjusted gain or loss | |
| c | Depletion (other than oil and gas) | |
| d | Oil, gas, and geothermal properties—gross income | |
| e | Oil, gas, and geothermal properties—deductions | |
| f | Other AMT items (attach statement) | |
| **Other Information** | | |
| 18a | Tax-exempt interest income | |
| b | Other tax-exempt income | |
| c | Nondeductible expenses | 12,621 |
| 19a | Distributions of cash and marketable securities | |
| b | Distributions of other property | |
| 20a | Investment income | |
| b | Investment expenses | |
| c | Other items and amounts (attach statement) | |
| 21 | Total foreign taxes paid or accrued | |

Form **1065** (2022)

Form 1065 (2022)    Whitestone Brewery LLC    XX-XXX3468    Page **5**

### Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | **1** | -468,424 |
| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
| a | General partners | | | | | | |
| b | Limited partners | | -220,534 | -247,890 | | | |

### Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash . . . . . . . . . . . . . . . . . . | | 1,458 | | 56,604 |
| 2a | Trade notes and accounts receivable . . . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . . . | | 0 | | 0 |
| 3 | Inventories . . . . . . . . . . . . . . . . . | | | | |
| 4 | U.S. Government obligations . . . . . . . . . . | | | | |
| 5 | Tax-exempt securities . . . . . . . . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . . | | 68,777 | | 120,277 |
| 7a | Loans to partners (or persons related to partners) . . | | | | |
| b | Mortgage and real estate loans . . . . . . . . | | | | |
| 8 | Other investments (attach statement) . . . . . . . | | | | |
| 9a | Buildings and other depreciable assets . . . . . . | 1,547,553 | | 1,811,603 | |
| b | Less accumulated depreciation . . . . . . . . | 693,830 | 853,723 | 786,912 | 1,024,691 |
| 10a | Depletable assets . . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . | | 0 | | 0 |
| 11 | Land (net of any amortization) . . . . . . . . . | | | | |
| 12a | Intangible assets (amortizable only) . . . . . . . | 3,500 | | 12,940 | |
| b | Less accumulated amortization . . . . . . . . | 1,554 | 1,946 | 2,102 | 10,838 |
| 13 | Other assets (attach statement) . . . . . . . . | | 31,592 | | 31,592 |
| 14 | Total assets . . . . . . . . . . . . . . . | | 957,496 | | 1,244,002 |
| **Liabilities and Capital** | | | | | |
| 15 | Accounts payable . . . . . . . . . . . . . | | 137,477 | | 175,172 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) . . . . . | | 180,352 | | 173,969 |
| 18 | All nonrecourse loans . . . . . . . . . . . . | | | | |
| 19a | Loans from partners (or persons related to partners) . . . | | 885,830 | | 1,095,093 |
| b | Mortgages, notes, bonds payable in 1 year or more . . | | 396,995 | | 923,971 |
| 20 | Other liabilities (attach statement) . . . . . . . . | | | | |
| 21 | Partners' capital accounts . . . . . . . . . . . | | ( 643,158) | | ( 1,124,203) |
| 22 | Total liabilities and capital . . . . . . . . . . | | 957,496 | | 1,244,002 |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . | -481,045 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | | |
| | | 0 | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | | 0 |
| 3 | Guaranteed payments (other than health insurance) . . . . . . . . . . . . . . | 0 | a | Depreciation $ _____ | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | See Statement | | | | 0 |
| a | Depreciation $ _____ | | 8 | Add lines 6 and 7 . . . . . . . . . . . | | 0 |
| b | Travel and entertainment $ _____ 312 | 12,621 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . . | | |
| 5 | Add lines 1 through 4 . . . . . . . . . | -468,424 | | | | -468,424 |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . . | -643,158 | 6 | Distributions:   a Cash . . . . . . . | | |
| 2 | Capital contributed:   a Cash . . . . . . | | |               b Property . . . . . . | | |
| |                  b Property . . . . . | | 7 | Other decreases (itemize): _____ | | |
| 3 | Net income (loss) (see instructions) . . . . . | -468,424 | | See Statement | | 12,621 |
| 4 | Other increases (itemize): _____ | 0 | 8 | Add lines 6 and 7 . . . . . . . . . . . | | 12,621 |
| 5 | Add lines 1 through 4 . . . . . . . . . | -1,111,582 | 9 | Balance at end of year. Subtract line 8 from line 5 | | -1,124,203 |

Form **1065** (2022)

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

**Name:** Whitestone Brewery LLC
**Employer identification number:** XX-XXX3468

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | 480,690 |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | 16,802 |
| 6 | **Total.** Add lines 1 through 5 | 497,492 |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 497,492 |

**9a** Check all methods used for valuing closing inventory:
  (i) [X] Cost
  (ii) [ ] Lower of cost or market
  (iii) [ ] Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . ▶ [ ]
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ [ ]
**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . | 9d |
**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . [ ] Yes [ ] No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes [ ] No

**For Paperwork Reduction Act Notice, see instructions.**
HTA

Form **1125-A** (Rev. 11-2018)

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) **Attach to your tax return.** Go to *www.irs.gov/Form4797* for instructions and the latest information. | **2022** Attachment Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| Whitestone Brewery LLC | XX-XXX3468 |

**1a** Enter the gross proceeds from sales or exchanges reported to you for 2022 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions . . . . . . . . . . . . . . . **1a**

**b** Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1b**

**c** Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1c**

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| 2 | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

**3** Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . **3**

**4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . **4**

**5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . **5**

**6** Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . . . . **6**

**7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows . . . . . . . . **7** 0

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

**8** Nonrecaptured net section 1231 losses from prior years. See instructions . . . . . . . . . . . . . . **8**

**9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions . . . . . . . . . . . . . . **9** 0

### Part II  Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | | 0 |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

**11** Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11** ( )

**12** Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . . . . . **12**

**13** Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13**

**14** Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . . . . . . **14**

**15** Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . . . . . . **15**

**16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . **16**

**17** Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17** 0

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

**a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions . . . . . . . . . . . **18a**

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18b** 0

**For Paperwork Reduction Act Notice, see separate instructions.** Form **4797** (2022)

HTA