**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **WHITESTONE BREWERY, LLC** | § | **CASE NO. 23-10325** |
| **DBA WHITESTONE BREWERY** | § | |
| | § | **Chapter 11** |
| | § | |
| Debtor. | § | Subchapter V |

**NOTICE OF CHANGE OF DEBTORS' ADDRESS**

PLEASE TAKE NOTICE of the changed mailing address for Whitestone Brewery, LLC (the "Debtor"), and Debtor's counsel hereby notifies the Court, all counsel of record, and any pro se party or parties in the above-captioned case, effective February 29, 2024. The telephone, fax, and emails remain the same. The corrected address is:

**Whitestone Brewery, LLC**
**401 E. Whitestone Blvd., Ste. A-108**
**Cedar Park, TX 78613**

Respectfully submitted,

*/s/ Todd Headden*
Todd Headden
Texas Bar No. 24096285
Charlie Shelton
Texas Bar No: 24079317
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100
cshelton@haywardfirm.com
theadden@haywardfirm.com

***Counsel for Whitestone Brewery, LLC***